**Opinion issued January 14, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-13-00509-CV

―――――――――――――

## JOSE LUIS CARDENAS D/B/A J & S BODY SHOP, Appellant

## V.

## BETTY WILSON AND JEFFERY WILSON, Appellees

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2013-25987**

## O P I N I O N

In this dispute over a pick–up truck repair bill, Betty Wilson and Jeffery Wilson moved in the trial court that it review auto–mechanic Jose Cardenas' notice of intent to file a mechanic's lien and set the lien aside.  *See* TEX. GOV'T CODE ANN. § 51.903 (West 2013).  The trial court found that Cardenas' lien was